Hand-Delivered

FILED
CHARLOTTE, NC

JUL 19 2018

US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT
CHARLOTTE DIVISION

Regina Boston, )
)
    Plaintiff, )
)
vs )  Civil Action File No:
)  3:18-cv-00155-MOC-DCK
CAPITAL ONE AUTO FINANCE, INC., )
    Defendant. )
)

### NOTICE OF VOLUNTARY DISMISSAL OF COUNTS II and II OF PLAINTIFF'S AMENDED COMPLAINT and MOTION FOR LEAVE TO FILE

Plaintiff, Regina Boston hereby gives notice to the Court to partially dismiss counts II and II of the Amended Complaint {**Doc #7**} filed on May 16, 2018 without prejudice. This Dismissal also applies to Plaintiff's Motion For Leave To File {**Doc #12**} filed on June 18, 2018.

WHEREFORE, Plaintiff requests the stated Counts to be dismissed without prejudice.

Dated: July 19, 2018

Respectfully Submitted,

*Regina Boston*
Regina Boston

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was mailed on 19th day of July, 2018 via U.S.P.S. to the party at address listed below:

Kristen P. Watson
BURR & FORMAN LLP
420 North 20th Street, suite 3400
Birmingham, AL 35203

*Regina Boston*
Regina Boston