

FIRST-CLASS MAIL
$00.68°
ZIP 28202
041L11245736

neopost
09/21/2018
US POSTAGE

RTS

CHARLOTTE
NC 282
24 SEP 18
PM 3 7

Regina
8611 Conc

RETURN TO SENDER
ADDRESS/ADDRESSEE UNKNOWN

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

RECEIVED
CHARLOTTE, NC
SEP 2 8 2018
Clerk, US District Court
Western District of NC