IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-155-MOC-DCK

| | |
|---|---|
| REGINA BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAPITAL ONE AUTO FINANCE, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Kristen P. Watson, concerning Ellen T. Mathews on May 1, 2019. Ms. Ellen T. Mathews seeks to appear as counsel *pro hac vice* for Defendant Capital One Auto Finance, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Ms. Ellen T. Mathews is hereby admitted *pro hac vice* to represent Defendant Capital One Auto Finance, Inc.

**SO ORDERED**.

Signed: May 1, 2019

David C. Keesler
United States Magistrate Judge