# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| REGINA BOSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 3:18-CV-00155-MOC-DCK |
| CAPITAL ONE AUTO FINANCE, INC., | ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, plaintiff Regina Boston and defendant Capital One Auto Finance, a division of Capital One, N.A., and, pursuant to Fed. R. Civ. P.l 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the above-captioned cause, with costs to be taxed as paid.

Respectfully submitted this 18th day of June, 2019,

Regina Boston
General Delivery
Charlotte, NC 28204

*Pro Se Plaintiff*

/s/ *Ellen T. Mathews*
Kristen P. Watson (NC Bar No. 51410)
Ellen T. Mathews (Admitted Pro Hac Vice)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| REGINA BOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 3:18-CV-00155-MOC-DCK |
| CAPITAL ONE AUTO FINANCE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the parties, plaintiff Regina Boston and defendant Capital One Auto Finance, a division of Capital One, N.A., and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the above-captioned cause, with costs to be taxed as paid.

Respectfully submitted this 18th day of June, 2019,

Regina Boston
General Delivery
Charlotte, NC 28204

*Pro Se Plaintiff*


/s/ Ellen T. Mathews
Kristen P. Watson (NC Bar No. 51410)
Ellen T. Mathews (Admitted Pro Hac Vice)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400

33679815 v1


>
> Birmingham, Alabama 35203
> Telephone: (205) 251-3000
> Facsimile: (205) 458-5100
> Email: kwatson@burr.com
>    Emathews@burr.com
>
> *Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A.*